

# NUMBER 13-26-00308-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

MIGUEL BERNARDO LEBARON, **Appellant,**

**v.**

L&W SUPPLY CORPORATION
D/B/A BUILDING SPECIALTIES, **Appellee.**

---

## ON APPEAL FROM THE 425TH DISTRICT COURT
## OF WILLIAMSON COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Silva and Cron**
**Memorandum Opinion by Justice Cron**

On March 2, 2026, appellant filed a notice of appeal.[1] On March 3, 2026, the Clerk of the Court requested appellant to remit a $205.00 filing fee within ten days from the date of the notice. *See* TEX. R. APP. P. 5. On April 30, 2026, the Clerk notified appellant that

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE § 73.001.

he was delinquent in remitting the filing fee. The Clerk further notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days of the letter. *See id.* R. 42.3 (b), (c).

Appellant has neither paid the filing fee nor otherwise responded to the notice from the Clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* Appellee's motion to extend the deadline to file motion for admission pro hac vice is denied as moot.

JENNY CRON
Justice

Delivered and filed on the
2nd day of July, 2026.

2